# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 20-00359 LEK-RT |
| CASE NAME: | Paula Orr vs. C.R. Bard, Inc. Et al., |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 1/15/2021 |

COURT ACTION:  EO: COURT ORDER GRANTING LETTER REQUEST TO EXTEND STAY, VACATE STATUS CONFERENCE AND WITHDRAW MOTIONS

     On January 14, 2021, the Court received a letter request from Defendant C. R. Bard, Inc.'s counsel representing that the parties have reached a settlement agreement in principle and requesting that this Court: extend the stay to **April 15, 2021**; vacate the status conference currently set before the magistrate judge on February 24, 2021; and withdraw the two pending motions to dismiss (dkt. nos. 2, 10).  [Dkt. no. 43.]

     The requests are HEREBY GRANTED.  In addition, and the Clerk's Office is DIRECTED to close this case administratively.  The closure of this case is simply for administrative purposes and has no effect on the procedural or substantive rights of any party.  In particular, this Court explicitly notes that the administrative closure neither affects nor changes the filing date of this litigation in terms of the statute of limitations or for any other purpose.

     When the parties submit – for this Court's approval – a stipulation to dismiss, this Court will lift the stay and direct the Clerk's Office to reopen the case to effectuate the dismissal.  The parties are ORDERED to submit the stipulation by **April 15, 2021**.  If any party wishes to reopen the case for any other purpose, a motion to lift the stay must be filed.

     IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager